UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-80899-CIV-DIMITROULEAS

PROVEN METHODS SEMINARS, LCC,
d/b/a National Grants Conferences,

    Plaintiff,

vs.

PETER I. HOPPENFELD,

    Defendant.
_____/

**FINAL ORDER OF DISMISSAL WITH PREJUDICE**

THIS CAUSE is before the Court upon the Joint Stipulation of Dismissal With Prejudice, filed herein on October 10, 2008. [DE-7]. The Court has carefully considered the Joint Stipulation and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Joint Stipulation of Dismissal With Prejudice [DE-7] is hereby **GRANTED**.

2. The above-styled action is hereby **DISMISSED WITH PREJUDICE**.

3. The Clerk shall deny any pending motions as moot.

4. The Clerk shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 14th day of October, 2008.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Stephen M. Cohen, Esq.

Haas A. Hatic, Esq.